**Order entered December 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01478-CV

**SANDRA I. CORREA, Appellant**

**V.**

**ESTHER SALAS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04223-2011**

## ORDER

We **GRANT** appellant's December 13, 2013 motion for an extension of time to file a notice of appeal. The notice of appeal filed on October 29, 2013 is deemed timely for jurisdictional purposes.

/s/    ELIZABETH LANG-MIERS
       JUSTICE